JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SRS DISTRIBUTION, INC. et al., | Case No. CV 14-2178-GW(PJWx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| INTERNATIONAL INTEGRATION, LLC, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that:

1. This ACTION is hereby DISMISSED WITH PREJUDICE pursuant To FRCP Rule 4l(a)(2);
2. The Parties settlement agreement ("Agreement") has been agreed and executed by the parties and is attached to the stipulation as Exhibit "A";
3. This Court shall retain jurisdiction for a period of one year to allow For enforcement of all the terms and conditions of the Agreement; and
4. The Agreement is incorporated into and made a part of this Order;

IT IS SO ORDERED.

Dated: March 26, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE